IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

DONNA DEMPSEY, et al.,
   Plaintiffs

vs.

MISSOURI BAPTIST MEDICAL
CENTER, et al.
   Defendants

**Cause No. 4:15-cv-01312**

DISMISSAL WITHOUT PREJUDICE

  COMES NOW Plaintiffs and hereby dismissal all claims as to all defendants, without prejudice, and subject to re-filing pursuant to §516.230 R.S.Mo. and/or any other applicable provisions of law. By agreement of all counsel, each side to bear its own costs.

**Law Offices of Todd N. Hendrickson**

*/s/ Todd N. Hendrickson*
Todd N. Hendrickson  #37460
911 Washington Ave., Suite 400
St. Louis, Missouri 63101
(314) 721-8833
(314) 721-4944 fax
todd@hendricksonlaw.com
**Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

  The undersigned certifies that a true copy of the foregoing was transmitted July 19, 2016 to the following by:

[ ] Mail    [ ] Facsimile
[ ] E-Mail    [x] Electronic Filing

Katherine M. Fowler
Erika N. Reynolds
Fox Galvin, LLC
One S. Memorial Drive
12th Floor
St. Louis, MO 63102

J. Thaddeus Eckenrode
Lisa Howe
Eckenrode Maupin
8000 Maryland Ave., Suite 1300
Clayton, MO 63105

*/s/ Todd N. Hendrickson*

*So Ordered*
*/s/ John A. Ross*
7/19/2016